UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Don Boyd, | ) | C/A No. 3:10-872-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| Angelica Textile Services, Inc.; and | ) | |
| Jerry Oliver, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

By order entered March 11, 2011, this court adopted the Report and Recommendation of the Magistrate Judge in this case, and dismissed defendant State of South Carolina from this action. Now before the court is the plaintiff's motion to alter or amend such decision. The court's March 11, 2011, order adequately sets forth the court's reasoning in dismissing defendant State of South Carolina and this court sees no reason to disturb its ruling. Accordingly, the motion for reconsideration is denied.

IT IS SO ORDERED.

April 21, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge